**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00954-CR

### BARBARA KENNEDY WARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-73060-V**

## ORDER

The Court **REINSTATES** the appeal.

On January 20, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is that she "is still working on it"; and (4) Ms. Moore represented that she anticipates filing the brief within before the thirty-day period provided by the January 20, 2015 abatement order expires.

We **ORDER** appellant to file his brief by **FEBRUARY 19, 2015**. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ADA BROWN
JUSTICE